

2008R00649/EWM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-14 (KSH) |
| v. | : | 18 U.S.C. § 922(g)(1) |
| JOSEPH JOHNSON | : | <u>I N D I C T M E N T</u> |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about December 23, 2007, in Hudson County, in the District of New Jersey, and elsewhere, defendant

JOSEPH JOHNSON,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Law Division, Hudson County, New Jersey, did knowingly possess in and affecting commerce a firearm, namely a Mossberg 500a 12 gauge pump action shotgun, with serial number k661050.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.  The allegations contained on page one of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) set forth on page one of this Indictment, the defendant,

JOSEPH JOHNSON,

shall forfeit to the United States any firearm involved in or used in the commission of that offense, including the following:

> a Mossberg 500a 12 gauge pump action shotgun with serial number k661050.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Ralph J. Marra, Jr.*
RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: 09- 14 (KSH)

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

JOSEPH JOHNSON

# INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,

_____
Foreperson

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY
NEWARK, NEW JERSEY

ERIC W. MORAN
ASSISTANT U.S. ATTORNEY
(973) 645-2906