UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

09 - 14

## UNITED STATES v. JOSEPH JOHNSON, SBI # 000983467B, D/O/B/ 8/10/1979

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. **Joseph Johnson (D/O/B ) 8/10/1979** is now confined at the **Hudson County Correctional Center, Kearny, NJ 07032.**

2. Said individual will be required at Newark, New Jersey, before the Hon. Katharine S. Hayden, United States District Judge, on Thursday, January 20, 2009, at 9:00 a.m., for a Initial Appearance. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 12, 2009

_____
ERIC W. MORAN
ASSISTANT U.S. ATTORNEY

---

# ORDER

Let the Writ Issue.
DATED: 1/15, 2009

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

---

# WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Hudson County Correctional Center, Kearny, NJ 07032**

WE COMMAND YOU that you have the body of

**Joseph Johnson**

now confined at the **Hudson County Correctional Center**, brought before the United States District Court, the Hon. Katharine S. Hayden, United States District Judge, in the United States Post Office & Courthouse ("Post Office Building") Federal Square, Newark, New Jersey 07102, on January 20, 2009, at 9:00 a.m., so that he may appear for a **Initial Appearance** in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 1/15/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey
Per: _____
Deputy Clerk