UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Katharine S. Hayden
                                         Crim. No. 09-14
            v.                  :
                                         CONTINUANCE ORDER
JOSEPH JOHNSON                  :

      This matter having come before the Court on the application of defendant Joseph Johnson (by Chester Keller, Esq.), and with the consent of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

1

2. Defendant has requested the aforementioned continuance, and the United States has consented; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 6th day of ~~February~~ March, 2009,

IT IS ORDERED that defense motions shall be filed by March 30, 2009 the government's reply shall be filed by April 13, 2009 the argument of the motions is scheduled for April 27, 2009 at 2:30 p.m., and the trial is scheduled for May 4, 2009; and

IT IS FURTHER ORDERED that the period from February 20, 2009 through May 4, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. KATHARINE S. HAYDEN
United States District Judge

2

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney


_____
CHESTER KELLER, ESQ.
Counsel for defendant Joseph Johnson

3