UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Katharine S. Hayden
                                   Crim. No. 09-14
         v.                  :
                                   <u>CONTINUANCE ORDER</u>
JOSEPH JOHNSON               :

      This matter having come before the Court on the application of defendant Joseph Johnson (by Paul Condon, Esq.), and with the consent of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and the court having entered one prior continuance order, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has requested the aforementioned continuance, and the United States has consented; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9th day of July 2009,

IT IS ORDERED that defense motions shall be filed by July 26, 2009 the government's reply shall be filed by August 9, 2009 the argument of the motions is scheduled for August 23, 2009 at 2:30 p.m., and the trial is scheduled for August 31, 2009; and

IT IS FURTHER ORDERED that the period from July 1, 2009 through August 31, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to

_____
ERIC W. MORAN
Assistant U.S. Attorney

_____
PAUL CONDON, ESQ.
Counsel for defendant Joseph Johnson

3