UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOSEPH JOHNSON, 09-14 (KSH), SBI #: 983467B; DOB: ████

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **Joseph Johnson** is now confined at the **New Jersey State Prison** located in Mercer County, Trenton NJ 08611.

2. Said individual will be required at Newark, New Jersey, before the **Hon. Katherine S. Hayden,** U.S. District Judge, on **December 9th, 2009**, at **2:00 p.m.**, for **sentencing** in the above-captioned case. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: November 16, 2009

_____
Eric W. Moran
Assistant U.S. Attorney, Petitioner

## ORDER

Let the Writ Issue.

DATED: Nov. ___, 2009

_____
Hon. Katherine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States of America, to the Warden of the **New Jersey State Prison** located in Mercer County, Trenton NJ 08611 and United States Marshal, District of New Jersey: You are commanded to have the custody of

Joseph Johnson,

now detained in the **New Jersey State Prison** under your custody, under safe and secure conduct before the Judge of the United States District Court for the District of New Jersey, at the United States Courthouse, Federal Square, Newark, New Jersey, on Dec. 9th, 2009, at 2:00 a.m., there to appear for **sentencing** and, immediately after Joseph Johnson shall have been sentenced on the indictment, that you return the prisoner to the **New Jersey State Prison** under safe and secure conduct, and have you then and there this writ.

WITNESS the Honorable Katherine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: Nov. 23rd, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk